UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                             :

UNITED STATES OF AMERICA,        :

                             :

               -against-         :                  98-CR-707 (VSB)

                             :                    **ORDER**

JULIO CESAR CASAS,            :

                             :

                 Defendant.  :

                             :

---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of defendant Julio Cesar Casas' Motion for the Appointment of Counsel

and Motion to Reduce Sentence.  (Doc. 260.)  Accordingly, it is hereby:

       ORDERED that David B. Anders is appointed to represent the defendant.  This

appointment shall constitute a temporary appointment to the Criminal Justice Act (CJA) Panel

for the purposes of this case only.  The attorney is hereby directed to contact the CJA Clerk,

(212) 805-0640, regarding billing practices.

SO ORDERED.

Dated:  August 25, 2023
        New York, New York

                                     Vernon S. Broderick
                                     United States District Judge