UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,        :

                                                   :

                       -against-        :                   98-CR-707 (VSB)

                                                   :                     **ORDER**

JULIO CESAR CASAS,           :

                                    Defendant.   :

                                                     :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of defendant Julio Cesar Casas' Motion for a Sentence Reduction.  (Doc.

263.)  Accordingly, it is hereby:

       ORDERED that by April 2, 2024, the Government file its response to the motion.

SO ORDERED.

Dated:  March 12, 2024
        New York, New York

                                         _____
                                         Vernon S. Broderick
                                         United States District Judge