# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | MARK GORDON | 51 WEST 52ND STREET | ELAINE P. GOLIN | STEVEN WINTER |
| HERBERT M. WACHTELL | JEANNEMARIE O'BRIEN | NEW YORK, N.Y. 10019-6150 | EMIL A. KLEINHAUS | EMILY D. JOHNSON |
| EDWARD D. HERLIHY | WAYNE M. CARLIN | | KARESSA L. CAIN | JACOB A. KLING |
| DANIEL A. NEFF | STEPHEN R. DiPRIMA | TELEPHONE: (212) 403-1000 | RONALD C. CHEN | RAAJ S. NARAYAN |
| STEVEN A. ROSENBLUM | NICHOLAS G. DEMMO | FACSIMILE:  (212) 403-2000 | BRADLEY R. WILSON | VIKTOR SAPEZHNIKOV |
| JOHN F. SAVARESE | IGOR KIRMAN | | GRAHAM W. MELI | MICHAEL J. SCHOBEL |
| SCOTT K. CHARLES | JONATHAN M. MOSES | GEORGE A. KATZ (1965-1989) | GREGORY E. PESSIN | ELINA TETELBAUM |
| JODI J. SCHWARTZ | T. EIKO STANGE | JAMES H. FOGELSON (1967-1991) | CARRIE M. REILLY | ERICA E. AHO |
| ADAM O. EMMERICH | WILLIAM SAVITT | LEONARD M. ROSEN (1965-2014) | MARK F. VEBLEN | LAUREN M. KOFKE |
| RALPH M. LEVENE | GREGORY E. OSTLING | | SARAH K. EDDY | ZACHARY S. PODOLSKY |
| RICHARD G. MASON | DAVID B. ANDERS | OF COUNSEL | VICTOR GOLDFELD | RACHEL B. REISBERG |
| ROBIN PANOVKA | ADAM J. SHAPIRO | | RANDALL W. JACKSON | MARK A. STAGLIANO |
| DAVID A. KATZ | NELSON O. FITTS | ANDREW R. BROWNSTEIN   ERIC S. ROBINSON | BRANDON C. PRICE | CYNTHIA FERNANDEZ |
| ILENE KNABLE GOTTS | JOSHUA M. HOLMES | MICHAEL H. BYOWITZ   ERIC M. ROSOF | KEVIN S. SCHWARTZ | LUMERMANN |
| TREVOR S. NORWITZ | DAVID E. SHAPIRO | KENNETH B. FORREST   MICHAEL J. SEGAL | MICHAEL S. BENN | CHRISTINA C. MA |
| ANDREW J. NUSSBAUM | DAMIAN G. DIDDEN | BEN M. GERMANA   WON S. SHIN | ALISON Z. PREISS | NOAH B. YAVITZ |
| RACHELLE SILVERBERG | IAN BOCZKO | SELWYN B. GOLDBERG   DAVID M. SILK | TIJANA J. DVORNIC | BENJAMIN S. ARFA |
| STEVEN A. COHEN | MATTHEW M. GUEST | PETER C. HEIN   ELLIOTT V. STEIN | JENNA E. LEVINE | NATHANIEL D. CULLERTON |
| DEBORAH L. PAUL | DAVID E. KAHAN | JB KELLY   LEO E. STRINE, JR.* | RYAN A. McLEOD | ERIC M. FEINSTEIN |
| DAVID C. KARP | DAVID K. LAM | JOSEPH D. LARSON   PAUL VIZCARRONDO, JR. | ANITHA REDDY | ADAM L. GOODMAN |
| RICHARD K. KIM | BENJAMIN M. ROTH | LAWRENCE S. MAKOW   JEFFREY M. WINTNER | JOHN L. ROBINSON | STEVEN R. GREEN |
| JOSHUA R. CAMMAKER | JOSHUA A. FELTMAN | PHILIP MINDLIN   AMY R. WOLF | JOHN R. SOBOLEWSKI | MENG LU |
| | | THEODORE N. MIRVIS   MARC WOLINSKY | | |
| | | DAVID S. NEILL | | |

* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | MICHAEL W. HOLT |
| SUMITA AHUJA | MARK A. KOENIG |
| FRANCO CASTELLI | CARMEN X.W. LU |
| ANDREW J.H. CHEUNG | J. AUSTIN LYONS |
| PAMELA EHRENKRANZ | ALICIA C. McCARTHY |
| ALINE R. FLODR | JUSTIN R. ORR |
| KATHRYN GETTLES-ATWA | NEIL M. SNYDER |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |
| ANGELA K. HERRING | |

DIRECT DIAL: (212) 403-1307
DIRECT FAX: (212) 403-2307
E-MAIL: DBAnders@wlrk.com

**SO ORDERED:** 5/23/2024

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Counsel's request to file a reply brief is granted. However, counsel's request for oral argument is denied at this time. If, after reviewing the parties' submissions, I determine that oral argument is necessary, I will so notify the parties. The Clerk of Court is respectfully directed to close the open motion at Doc. 269.

**By ECF**

Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Julio Cesar Casas*, 98-cr-00707-VSB-3

Dear Judge Broderick:

      We write to respectfully request the opportunity to submit a short reply brief responding to the Government's opposition (Dkt. 268) to Mr. Julio Cesar Casas's motion for a sentence reduction (Dkt. 263), and to request oral argument to take place shortly after the reply brief is filed.

      Mr. Casas, after being appointed counsel, filed his motion for a sentence reduction on December 7, 2023. On March 12, 2024, the Court directed the Government to file its response to Mr. Casas's motion on or before April 2, 2024. (Dkt. 264). On April 2, 2024, the

Wachtell, Lipton, Rosen & Katz

Honorable Vernon S. Broderick
May 3, 2024
Page 2

Court granted the Government's request for an extension of its deadline to May 2, 2024.  (Dkt. 267).  The Court has not yet scheduled oral argument on Mr. Casas's motion.

   Mr. Casas's short reply brief will not exceed 10 pages and will simply clarify Mr. Casas's requested relief and the applicable law.  We also request that oral argument be scheduled as promptly thereafter as the Court's schedule allows.

           Respectfully submitted,

           */s/ David B. Anders*

           David B. Anders
           Adabelle U. Ekechukwu