UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

JULIO CESAR CASAS,

Defendant

---------------------------------------------------------X

98-CR-707-3 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Julio Cesar Casas' ("Defendant" or "Mr. Casas") October 6, 2026 letter requesting an update on Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 275). By November 6, 2026, Defendant is directed to provide the following:

1. Defendant's complete Bureau of Prisons ("BOP") disciplinary records.
2. Defendant's most current BOP medical records from November 17, 2023 to the date of this Order.
3. Any additional evidence of Defendant's rehabilitation since September 12, 2024, including but not limited to letters from BOP staff, instructors from educational courses, or students that he himself has instructed, taught, or tutored, that may be helpful in my assessment of extraordinary and compelling reasons warranting a reduction in Mr. Casas' sentence.

SO ORDERED.
Dated: October 14, 2026
New York, New York

Vernon S. Broderick
United States District Judge