WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
JEANNEMARIE O'BRIEN

STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
JOON H. KIM
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
GREGORY E. OSTLING
DAVID B. ANDERS
NELSON O. FITTS
JOSHUA M. HOLMES
IAN BOCZKO
MATTHEW M. GUEST
DAVID K. LAM
BENJAMIN M. ROTH
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
DAMIAN G. DIDDEN
SELWYN B. GOLDBERG
PETER C. HEIN
DAVID E. KAHAN
JB KELLY*
JOSEPH D. LARSON
PHILIP MINDLIN
THEODORE N. MIRVIS
ERIC S. ROBINSON
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.**
STEPHANIE L. TEICHER
PAUL VIZCARRONDO, JR.
AMY R. WOLF
MARC WOLINSKY

COUNSEL

LOREN BRASWELL
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ANGELA K. HERRING
MICHAEL W. HOLT
MARK A. KOENIG
DANIEL R. LOESER
J. AUSTIN LYONS
ALEXANDER S. MACKLER**
ALICIA C. McCARTHY
JOSEPH S. PAYNE
KAREN C. PELZER
NICOLE D. SHARER
NEIL M. SNYDER
JEFFREY A. WATIKER
DAVID P.T. WEBB

*ADMITTED IN THE DISTRICT OF COLUMBIA AND NORTH CAROLINA
**ADMITTED IN DELAWARE

GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
VICTOR GOLDFELD
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
TIJANA J. DVORNIC
JENNA E. LEVINE
JOHN L. ROBINSON
STEVEN WINTER
JACOB A. KLING
RAAJ S. NARAYAN
MICHAEL J. SCHOBEL
ELINA TETELBAUM
LAUREN M. KOFKE
RACHEL B. REISBERG

CYNTHIA FERNANDEZ
LUMERMANN
JARRETT R. HOFFMAN
CHRISTINA C. MA
REGINA L. READLING
BENJAMIN S. ARFA
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU
AHSAN M. BARKATULLAH
MATTHEW T. CARPENTER
MICHAEL H. CASSEL
HANNAH CLARK
KYLE M. DIAMOND
JUSTIN R. ORR
EMILY E. SAMRA
GEORGE N. TEPE

DIRECT DIAL: (212) 403-1307
DIRECT FAX: (212) 403-2307
E-MAIL: DBANDERS@WLRK.COM

October 30, 2026

**<u>BY ECF</u>**

Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/2/2026

Re: *United States* v. *Julio Cesar Casas*, 98-cr-00707-VSB-3

Dear Judge Broderick:

We write on behalf of Mr. Julio Cesar Casas in the above-referenced case to respectfully request a two-week extension, from November 6, 2026 to November 20, 2026, of the deadline to submit the materials identified in the Court's October 14, 2026 Order (Dkt. No. 276).

The Court's Order directed Mr. Casas to provide his complete Bureau of Prisons ("BOP") disciplinary records; his BOP medical records from November 17, 2023 through October 14, 2026; and any additional evidence of his rehabilitation since September 12, 2024. We have

made progress in gathering these materials. We visited Mr. Casas at FCI Fort Dix on October 27, 2026, have obtained his disciplinary records and documentation of his course completions, and have formally requested his medical records from the BOP FOIA Office. We are awaiting the medical records and additional letters of support concerning his rehabilitation.

Mr. Casas has made no previous requests for extension of this deadline. The requested extension will give us the time necessary to receive the outstanding medical records and letters of support. Accordingly, we respectfully request that the Court extend the submission deadline to November 20, 2026. We thank the Court for its consideration of this request.

Respectfully submitted,

David B. Anders

cc: Georgia V. Kostopoulos, Assistant United States Attorney (via ECF)